Erica J. Stutman, Esq.
Nevada Bar No. 10794
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: estutman@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VEGAS MGT LLC, a Nevada limited-liability company; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:18-cv-02067-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A., ("Wells Fargo"), Defendant Vegas MGT LLC ("Vegas MGT"), and Defendant Pacific Legends East Condominium Association (the "HOA," and together with Wells Fargo and Vegas MGT, the "Parties"),[1] stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties'

---

[1] Although Alessi & Koenig, LLC is a party which was properly served, it made no appearance and need not participate in dismissal.

claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

Dated: July 10, 2019.

    AYON LAW, PLLC

By: */s/ Luis Ayon*
    Luis Ayon, Esq. (NV Bar No. 9752)
    8716 Spanish Ridge Avenue, Suite 115
    Las Vegas, Nevada 89130

*Attorneys for Vegas MGT LLC*

Dated: July 10, 2019.

    WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: */s/ Gregory P. Kerr*
    Douglas Cohen, Esq. (NV Bar No. 1214)
    Gregory P. Kerr, Esq. (NV Bar No. 10383)
    Jordan Butler, Esq. (NV Bar No. 10531)
    3556 E. Russell Road, Second Floor
    Las Vegas, Nevada 89120

*Attorneys for Pacific Legends East Condominium Association*

Dated: July 10, 2019.

    SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
    Erica J. Stutman, Esq. (NV Bar No. 10794)
    Wayne Klomp, Esq. (NV Bar No. 10109)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961

*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2019