LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 947-7110
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant,*
*Vegas MGT, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS MGT, LLC, a Nevada limited-liability company; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a limited-liability company,<br><br>Defendants. | Case No.: 2:18-cv-02067-RCJ-GWF<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT VEGAS MGT, LLC AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

COMES NOW, Luis A. Ayon, Esq. of the law firm of AYON LAW, PLLC (hereinafter referred to as "Counsel"), counsel of record for Defendant Vegas MGT, LLC (hereinafter referred to as "Defendant" or "Vegas MGT"), and pursuant to LR IA 11-6 and SCR 46, counsel hereby moves this Court for an Order Granting Counsel's Motion to Withdraw as Counsel of Record for Defendant, with regard to the above-referenced matter.

///

///

///

///

///

This Motion is made and based upon the following memorandum of points and authorities, the papers and pleadings on file herein, as well as the Declaration of Luis A. Ayon, Esq., in support of the Motion to Withdraw as counsel attached hereto.

DATED this 7th day of August, 2019.

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

This matter arose out of a Complaint [ECF No. 1] filed by Wells Fargo (hereinafter referred to as "Plaintiff" or "Wells Fargo") on or about October 26, 2018, in the United States District Court matter bearing Case No.: 2:18-cv-02067-RCJ-GWF, in which Plaintiff was seeking relief from damages against Defendants regarding the property known as 1300 South Arlington Street, #123, Las Vegas, Nevada 89104. Counsel was retained by Defendant Vegas MGT, and then filed an Answer on Defendant's behalf [ECF No. 13] on or about January 3, 2019.

The parties negotiated terms for settlement throughout the course of this litigation and came upon an agreement that they were satisfied with. The parties entered into a Stipulation for Dismissal [ECF No. 19], in which the Court granted [ECF No. 20] on or July 19, 2019, to conclude this matter.

There being no further motions or issues to be discussed with this matter, Defendant Vegas Property has requested that the relationship between it and Counsel be terminated.

## II. LEGAL ANALYSIS

Counsel has good cause to withdraw its representation pursuant to Rule 1.16(b) of the Nevada Rules of Professional Conduct (hereinafter referred to as "NRPC") wherein it states that: *See* NRPC 1.16(b):

(1) "Withdrawal can be accomplished without material adverse effect on the interests of the client"

…

(6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(7) Other good cause for withdrawal exists."

Furthermore, the attorney client relationship has dissolved at the client's request. Supreme Court Rule 41 reads that:

> "The attorney in an action or special proceedings may be changed at any time before judgment or final determination as follows:
>
> 1. Upon consent of the attorney, approved by the client.
>
> 2. Upon the order of the court or judge thereof on the application of the attorney or client."

See SCR 41:

Pursuant to the request of Ayon Law, Counsel has terminated its agreement of representation with Defendant for this matter and requests this Court to allow Counsel to withdraw as Defendant's attorney of record. There being no outstanding issues with this litigation, Vegas MGT will not be prejudice by this withdrawal.

## III.  CONCLUSION

Counsel respectfully requests of this Court to approve his withdrawal of representation of Defendant without delay there are no other outstanding issues with regard this litigation and the parties have entered into a dismissal. Moreover, Ayon Law requests that it be removed from the ECF service list.

DATED this 7th day of August, 2019.

**AYON LAW, PLLC**

/s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8216 Spanish Ridge Ave., #115
Las Vegas, Nevada 89148

IT IS SO ORDERED this 9th day of August, 2019.

_____
ROBERT C. JONES